USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: Oct 3, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
                           :

UNITED STATES OF AMERICA          :

        -v -                    :

JOSUE GUTIERREZ MENDEZ,       :
OSWALDO ANAYA MORENO,       :       NO.: 07 CRIM 533
       a/k/a "Carlos,"            :
       a/k/a/ "Luis,"             :
       a/k/a/ "Loco,"             :
       a/k/a "Buyi,"              :
       a/k/a "Bullie,"            :
EDISON DE LOS SANTOS,          :
       a/k/a/ "Pancho,"         :
       a/k/a Eddie," and        :
RICARDO DELUCAS SORIANO,     :
       a/k/a "Primo,"            :
-------------------------------------------------x

**ORDER**

**AND NOW**, this 2ⁿᵈ day of October , 2007, upon consideration of the

Defendant's Unopposed Motion for Admittance Pro Hac Vice and the Government having no

opposition thereto, it is **ORDERED** that the motion is **GRANTED**. DOUGLAS P. EARL,

ESQUIRE is admitted Pro Hac Vice to represent JOSUE GUTIERREZ MENDEZ.

BY THE COURT:

_Deborah A. Batts_

THE HONORABLE DEBORAH A. BATTS
United States District Court Judge