UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

            -against-                  07 Cr. 533 (DAB)
                                      ORDER

JOSUE GUTIERREZ MENDEZ,
OSWALDO ANAYA MORENO,
EDISON DE LOS SANTOS,
RICARDO DELUCAS SORIANO,

            Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    On September 10, 2007, William McCulloh, a member of the bar of this Court, moved for Douglas P. Earl to be admitted pro hoc vice to represent Josue Gutierrez Mendez. On October 2, 2007, the Court granted the Motion. As of the date of this Order Mr. Earl has not filed a Notice of Appearance in this matter, nor has he appeared at either of two hearings. Accordingly, this Court's October 2, 2007 Order admitting Douglas P. Earl pro hoc vice is hereby VACATED.

SO ORDERED.

Dated:    New York, New York
         January 14, 2008

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge