

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: _2.22.2008_

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

## BY FAX (212-805-7902)

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

### Re:    United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)

Dear Judge Batts:

/DAB/
GRANTED
2/22/2008

A pre-trial conference was previously set in the above-referenced case for February 26, 2008 at 4:30 p.m. The Government and the defense respectfully request that ~~the conference be adjourned~~, and rescheduled to a date convenient for the Court after April 1, 2008.

/DAB/
GRANTED

The Government respectfully requests that ~~time be excluded from speedy trial calculations~~ until that date. The Government has produced discovery to the defense counsel, who are reviewing it, and is having discussions about the possibility of disposition with counsel. 2/22/2008 Seth C. Farber, Esq., William Stampur, Esq. Alan Haber, Esq. and Charles Hochbaum, Esq. have no objection to the exclusion.

*The conference is now*
*scheduled to take place*
*Monday, April 7, 2008 at*
*10:30 am. In the interests*
*of justice time is excluded*
*from Speedy Trial calculations*
*until that date.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1113

cc:    William J. Stampur, Esq. (by facsimile)
Seth C. Farber, Esq. (by facsimile)
Charles S. Hochbaum, Esq. (by facsimile)
Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**

*Deborah A. Batts*

**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**