USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 2, 2008



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2008

**BY FAX (212-805-7902)**
Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*MEMO ENDORSED*

Re:   United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)

Dear Judge Batts:

A pre-trial conference was previously set in the above-referenced case for April 4, 2008. We have been contacted by Chambers and told that the conference has been rescheduled to April 21, 2008 at 10:30 a.m.

The Government respectfully requests that time be excluded from speedy trial calculations until that date. The Government previously has produced discovery to defense counsel, and is having discussions about the possibility of disposition with counsel. Seth C. Farber, Esq., William Stampur, Esq. Alan Haber, Esq. and Charles Hochbaum, Esq. have no objection to the exclusion.

/DAB/ Granted 4/02/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1113

cc:   William J. Stampur, Esq. (by facsimile)
      Seth C. Farber, Esq. (by facsimile)
      Charles S. Hochbaum, Esq. (by facsimile)
      Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE