UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA           Docket No. 07 CR 533

      -against-

                                                 NOTICE OF APPEARANCE

JOSUE GUTIERREZ MENDEZ
-----------------------------------------------------------

TO:     CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
        DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

        I AM APPEARING IN THIS ACTION AS  (Please check one)

        1. [ ] CJA    2. [X] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

        ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES -IFYES
                GIVE YOUR DATE OF ADMISSION:  MO July__   YR 1971__

        I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
        CERTIFICATE OF GOOD STANDING  FROM THE  NEW YORK   STATE
        COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
        FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
        July 28, 2008

                                SIGNATURE     /s/              (MLS2464)

                                 Martin L. Schmukler_____
                                Attorney for Defendant

                                 Martin L. Schmukler, P.C._____
                                Firm name if any

                                 41 Madison Ave., Suite 5B_____
                                Street address

                                  New York        New York        10010
                                City              State           Zip

                                 (212) 213-9400_____
                                Telephone No.